```
UNITED STATES BANKRUPTCY COURT
District of New Jersey

Albert Russo, Standing Chapter 13 Trustee
CN 4853
Trenton, NJ  08650-4853
609-587-6888
By:  Albert Russo
```

In re:

Wilbur Ulyesses Mallory, Jr.
Kim Leona Mallory

Debtors

Chapter 13 Case No. 18-23307 / CMG

Judge: Christine M. Gravelle

# NOTICE OF RESERVE ON FILED CLAIM

Creditor:           CHRISTINA TRUST
Trustee Claim ID:   3
Court Claim No:     3-1
Claimed Amount:     $235,873.83
Date Claim Filed:   09/10/2018

Please be advised that a reserve has been placed on the above named claim for the following reason(s):

· The creditor has returned payments indicating that the loan servicing was transferred, but no Transfer of Claim has been filed with the Bankruptcy Court.

Unless we receive the information needed or the necessary documents are filed with the Bankruptcy Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

DATED:  2/12/2021

/s/ Albert Russo
Albert Russo
Standing Chapter 13 Trustee