B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

| | | |
|---|---|---|
| IN RE: | : | |
| Wilbur Ulyesses Mallory Jr. | : | |
| Kim Leona Mallory | : | Case No. 18-23307-CMG |
| | : | Chapter 13 |
| Debtor(s) | : | |
| | : | |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Christiana Trust, a division of Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as owner trustee on behalf of RBSHD 2013-1 Trust C/O Distressed Capital Management, LLC<br><br>Name of Transferee | Christiana Trust, as division of Wilmington Savings Fund Society, FSB, not in its individual capacity<br><br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>Distressed Capital Management, LLC<br>17595 Harvard Ave #C1006,<br>Irvine, CA  92614 | Court Claim # (if known):  3<br><br>Amount of Claim: $501,730.79<br><br>Date Claim Filed:  09/10/2018 |
| Phone: (888) 859-9802 | Phone: |
| Last Four Digits of Acct #: XX1322 | Last Four Digits of Acct. #: 6712 |
| Name and Address where transferee payments should be sent (if different from above):<br><br>Distressed Capital Management, LLC<br>17595 Harvard Ave #C1006,<br>Irvine, CA    92614 | |
| Phone: (888) 859-9802 | |
| Last Four Digits of Acct #: XX1322 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ Steven Kelly                                    Date: August 2, 2021
          Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## Certificate of Service

I hereby certify that a copy of the foregoing Transfer of Claim was served on the parties listed below by electronic means via the Court's CM/ECF notification system on this date <u>August 2, 202</u>1.

William H. Oliver, Jr.
2240 State Highway 33
Suite 112
Neptune, NJ 07753
courtdocs@oliverandlegg.com
**Counsel for Debtor**

Office of the U.S. Trustee
Office of the US Trustee
One Newark Center
Ste 2100
Newark, NJ 07102
ustpregion03.ne.ecf@usdoj.gov
**U.S. Trustee**

Albert Russo
CN 4853
Trenton, NJ 08650-4853
docs@russotrustee.com
**Chapter13 Trustee**

And by standard first-class mail postage prepaid to:

Wilbur Ulyesses Mallory Jr.
706 O`Hagen Terrace
Neptune, NJ 07753

Kim Leona Mallory
706 O`Hagen Terrace
Neptune, NJ 07753
**Debtors**

Respectfully submitted,

*/s/ Steven Kelly*
Steven Kelly (Bar No.010032010)
Stern & Eisenberg, PC
1040 N. Kings Highway
Suite 407
Cherry Hill, NJ 08034
skelly@sterneisenberg.com
Phone: (609) 397-9200
Fax: (856) 667-1456
Attorney for Creditor