UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
PO Box 4853
Trenton, NJ   08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

Wilbur Ulyesses Mallory, Jr.
Kim Leona Mallory

Debtor(s)

Case No.: 18-23307 / CMG

Chapter 13

Hearing Date: 12/15/21  at 9:00 AM

Judge: Christine M. Gravelle

### CERTIFICATION IN SUPPORT OF TRUSTEE'S POST-CONFIRMATION MOTION TO DISMISS

This matter is being brought before the court for the following reason(s):

    The debtor failed to comply with a provision of confirmation.  Specifically:

    -The debtor failed to obtain a loan modification by 4/30/21.

I, Anita Travea, an employee in the office of the Standing Chapter 13 Trustee, hereby certify that the information contained in this Certification is true and correct to the best of my knowledge, information and belief.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: 11/10/2021

/s/ Anita Travea
_____
Anita Travea