UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

William H. Oliver, Jr., Esq.
OLIVER & LEGG, LLC
2240 Highway 33, Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorney for Debtor(s)
courtdocs@oliverandlegg.com

In Re:

Wilber U. Mallory, Jr.
Kim L. Mallory,

Debtors

Case No.: 18-23307

Chapter: 13

Hearing Date: 01\19\22

Judge: CMG

## CERTIFICATION OF DEBTORS

We, **Wilber U. Mallory, Jr. and Kim L. Mallory,** are the debtors in the above-captioned matter, and submit this Certification in support of Motion to **Allow Debtor to Apply for Loss Mitigation,** filed by me, by and through undersigned counsel, on 12\13\21.

1. The purpose of my Chapter 13 plan was to obtain a loan modification.
2. My lender for my mortgage has transferred to Planet Home Lending, LLC.
3. We believe we are good candidates to qualify for a loan modification through our new mortgage company. We believe we have sufficient income to qualify as well.
4. We certify under penalty of perjury that the above is true.

Dated: 12\13\21

/s/ WILBER U. MALLORY, JR.

Dated: 12\13\21

/s/ KIM L. MALLORY