Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                Case No.:  18−23307−CMG
                                Chapter:  13
                                Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Wilbur Ulyesses Mallory Jr.                         Kim Leona Mallory
   706 O`Hagen Terrace                                 706 O`Hagen Terrace
   Neptune, NJ 07753                                    Neptune, NJ 07753

Social Security No.:
   xxx−xx−6987                                             xxx−xx−6583

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on February 17, 2022.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 17, 2022
JAN: dmi

                                                                             Jeanne Naughton
                                                                             Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Wilbur Ulyesses Mallory, Jr.  
Kim Leona Mallory  
    Debtors

Case No. 18-23307-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Feb 17, 2022      Form ID: 148      Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Wilbur Ulyesses Mallory, Jr., Kim Leona Mallory, 706 O Hagen Terrace, Neptune, NJ 07753-2830 |
| aty | + | Robertson, Anschutz, Schneid, Crane, & Partners, P, 130 Clinton Road, Lobby B, Suite 202, Fairfield, NJ 07004-2927 |
| lm | + | Christiana Trust, 501 Carr Rd, Suite 100, Wilmington, DE 19809-2866 |
| lm | + | Planet Home Lending, LLC, Attn: Authorized Agent, 17595 Harvard Avenue, #C1006, Irvine, CA 92614-8516 |
| cr | + | State of New Jersey Division of Taxation, 50 Barrack Street, 9th Flr., P.O. Box 245, Trenton, NJ 08625-0245, US 08602-0245 |
| 519485732 | + | Avail Holding LLC, C/O Planet Home Lending, LLC, 321 Research Parkway Suite # 303, Meriden CT 06450-8342 |
| 519485733 | + | Avail Holding LLC, C/O Planet Home Lending, LLC, 321 Research Parkway Suite # 303, Meriden CT 06450, Avail Holding LLC C/O Planet Home Lending, LLC 06450-8342 |
| 517625384 | + | BP Fisher Law Group, LLP, 923 Haddonfield Road, Suite 334, Cherry Hill, NJ 08002-2752 |
| 517625385 | + | Christiana Trust, a Div. of Wilmington, Savings Fund Society, FSB, 501 Carr Rd, Suite 100, Wilmington, DE 19809-2866 |
| 519277219 | + | Christiana Trust, a division of, Wilmington Savings Fund Society, FSB, Distressed Capital Management, LLC, 17595 Harvard Ave #C1006,, Irvine, CA 92614-8516 |
| 519277220 | + | Christiana Trust, a division of, Wilmington Savings Fund Society, FSB, Distressed Capital Management, LLC, 17595 Harvard Ave #C1006,, Irvine, CA 92614 Christiana Trust, a division of 92614-8516 |
| 517752100 | + | Christiana Trust, et al, Statebridge Co LLC, 6061 South Willow Dr., Ste 300, Greenwood Village, CO 80111-5151 |
| 517625388 | + | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 517625389 | + | Ronald Cohen, MD, c/o David B. Watner, Esq., 1129 Bloomfield Ave., Suite 208, Caldwell, NJ 07006-7123 |
| 517625390 | + | Ronald Gerhard, DDS, 225 Highway 35, Middletown, NJ 07701-5934 |
| 517625392 | | State of New Jersey, Division of Taxation, Bankruptcy Unit, P.O. Box 245, Trenton, NJ 08695-0245 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 17 2022 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 17 2022 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517625386 | + | EDI: WFNNB.COM | Feb 18 2022 01:28:00 | Comenity Bank/Vctrssec, Po Box 182789, Columbus, OH 43218-2789 |
| 517625387 | | EDI: IRS.COM | Feb 18 2022 01:28:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517731423 | | EDI: Q3G.COM | Feb 18 2022 01:23:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517625388 | + | Email/Text: clientservices@remexinc.com | Feb 17 2022 20:30:00 | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 517625391 | + | EDI: CITICORP.COM | Feb 18 2022 01:28:00 | Sears/Cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |

TOTAL: 7

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 17, 2022 | Form ID: 148 | Total Noticed: 22 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | *+ | Christiana Trust, 501 Carr Rd., Suite 100, Wilmington, DE 19809-2866 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2022              Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Avail Holding LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor Avail Holding LLC rsolarz@kmllawgroup.com |
| Sindi Mncina | on behalf of Creditor Christiana Trust  as division of Wilmington Savings Fund Society, smncina@raslg.com |
| Stacy-Ann T. Davy | on behalf of Creditor State of New Jersey Division of Taxation stacy-ann.davy@law.njoag.gov |
| Steven P. Kelly | on behalf of Creditor Christiana Trust  a division of WilmingtonSavings Fund Society, FSB, not in itsindividual capacity, but solely as owner trustee on behalf of RBSHD 2013-1 Trust skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | on behalf of Joint Debtor Kim Leona Mallory courtdocs@oliverandlegg.com  R59915@notify.bestcase.com |
| William H. Oliver, Jr. | on behalf of Debtor Wilbur Ulyesses Mallory  Jr. courtdocs@oliverandlegg.com, R59915@notify.bestcase.com |

TOTAL: 10