| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Albert Russo<br>PO Box 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | **Order Filed on February 17, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>Wilbur Ulyesses Mallory, Jr.<br>Kim Leona Mallory<br><br><br>Debtor(s) | Case No.: 18-23307 / CMG<br><br>Chapter 13<br><br>Hearing Date: 12/15/21  at 9:00 AM<br><br>Judge: Christine M. Gravelle |

## CHAPTER 13 TRUSTEE POST-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 17, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed.

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Available funds on hand received prior to dismissal shall be distributed by the Chapter 13 Standing Trustee pursuant to the confirmed plan and any orders entered by the Court before returning funds to the debtor.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 18-23307-CMG
Wilbur Ulyesses Mallory, Jr.  Chapter 13
Kim Leona Mallory
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: Feb 17, 2022      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2022:**

**Recip ID**      **Recipient Name and Address**
db/jdb      + Wilbur Ulyesses Mallory, Jr., Kim Leona Mallory, 706 O Hagen Terrace, Neptune, NJ 07753-2830

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2022      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2022 at the address(es) listed below:

**Name**      **Email Address**

Albert Russo
     docs@russotrustee.com

Albert Russo
     on behalf of Trustee Albert Russo docs@russotrustee.com

Denise E. Carlon
     on behalf of Creditor Avail Holding LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Rebecca Ann Solarz
     on behalf of Creditor Avail Holding LLC rsolarz@kmllawgroup.com

Sindi Mncina
     on behalf of Creditor Christiana Trust as division of Wilmington Savings Fund Society, smncina@raslg.com

Stacy-Ann T. Davy

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 17, 2022 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor State of New Jersey Division of Taxation stacy-ann.davy@law.njoag.gov

Steven P. Kelly

on behalf of Creditor Christiana Trust a division of WilmingtonSavings Fund Society, FSB, not in itsindividual capacity, but solely as owner trustee on behalf of RBSHD 2013-1 Trust skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William H. Oliver, Jr.

on behalf of Joint Debtor Kim Leona Mallory courtdocs@oliverandlegg.com R59915@notify.bestcase.com

William H. Oliver, Jr.

on behalf of Debtor Wilbur Ulyesses Mallory Jr. courtdocs@oliverandlegg.com, R59915@notify.bestcase.com

TOTAL: 10